UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTOINETTE COLLELO as personal representative of FRANK J. COLLELO,

Plaintiff.

CASE NO.:

-VS-

M&T BANK CORPORATION,

Defendant.

_______________________________/

**COMPLAINT**

COMES NOW Plaintiff, Antoinette Collelo as personal representative of Frank J. Collelo, by and through the undersigned counsel, and sues Defendant, M&T Bank Corporation ("M&T"), and in support thereof respectfully alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. ("TCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq*. ("FCCPA").

**INTRODUCTION**

1. The TCPA was enacted to prevent companies like M&T from invading American citizen's privacy and prevent abusive "robo-calls."

2. "The TCPA is designed to protect individual consumers from receiving intrusive and unwanted telephone calls." *Mims v. Arrow Fin. Servs., LLC*, -US--, 132 S.Ct., 740, 745, 181, L.Ed. 2d 881 (2012).

3. "Senator Hollings, the TCPA's sponsor, described these calls as 'the ***1256** scourge of modern civilization, they wake us up in the morning; they interrupt our dinner at night; they force the sick and elderly out of bed; they hound us until we want to rip the telephone out of the wall."' 137 Cong. Rec. 30, 821 (1991). Senator Hollings presumably intended to give

telephone subscribers another option: telling the autodialers to simply stop calling." *Osorio v. State Farm Bank, F.S.B.*, 746 F. 3d 1242 (11th Cir. 2014).

4. According to the Federal Communications Commission (FCC), "Unwanted calls and texts are the number one complaint to the FCC. There are thousands of complaints to the FCC every month on both telemarketing and robocalls. The FCC received more than 215,000 TCPA complaints in 2014." Fact Sheet: Wheeler Proposal to Protect and Empower Consumers Against Unwanted Robocalls, Texts to Wireless Phones, Federal Communications Commission, (May 27, 2015), http://transition.fcc.gov/Daily_Releases/Daily_Business/2015/db0527/DOC-333676A1.pdf.

## JURISDICTION AND VENUE

5. This is an action for damages exceeding Fifteen Thousand Dollars ($15,000.00) exclusive of attorney fees and costs.

6. Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §1331.

7. The alleged violations described in the Complaint occurred in Polk County, Florida.

8. The statutory survivor and beneficiary to this claim is as follows: Antoinette Collelo, wife of the departed – Frank J. Collelo.

## FACTUAL ALLEGATIONS

9. Plaintiff is a natural person, and citizen of the State of Florida, residing in Polk County, Florida

10. Plaintiff was a "consumer" as defined in Florida Statute § 559.55(8).

11. Plaintiff was an "alleged debtor."

12. Plaintiff was the "called party." See *Breslow v. Wells Fargo Bank, N.A.*, 755 F. 3d 1265 (11th Cir. 2014) and *Osorio v. State Farm Bank, F.S.B.*, 746 F.3d 1242 (11th Cir. 2014).

13. Defendant, M&T, is a corporation with its principal place of business located at One M&T Plaza, 19th Floor, Buffalo, NY 14203-2399 and which conducts business in the State of Florida

14. The debt that is the subject matter of this Complaint is a "consumer debt" as defined by Florida Statute §559.55(6).

15. M&T called Plaintiff approximately five hundred (500) times since August 1, 2013, in an attempt to collect a debt.

16. M&T attempted to collect a debt from Plaintiff by this campaign of telephone calls.

17. M&T intentionally harassed and abused Plaintiff on numerous occasions by calling several times during one day and on back to back days, with such frequency as can reasonably be expected to harass.

18. On information and belief, the telephone calls were placed using automated telephone dialing equipment, without human intervention

19. Each call M&T made to Plaintiff was made using an "automatic telephone dialing system" which has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C § 227(a)(1).

20. Each call M&T made to Plaintiff's cell phone was done so without the "express permission" of Plaintiff.

21. Beginning on or around August 1, 2013, Plaintiff began receiving phone calls from M&T to his cellular telephone concerning Plaintiff's delinquent mortgage.

22.     Not wishing to fight over the house further, Plaintiff decided to turn the house back over to M&T.

23.     Upon receiving the initial calls from M&T to his cellular telephone, Plaintiff would inform the agents of M&T that he was giving the house back and to stop calling him.

24.     Despite Plaintiff's repeated requests for the calls to stop and that he was giving the house back to M&T, the calls continued unabated.

25.     M&T would call Plaintiff several times a day, sometimes up to three (3) times a day and on back to back days always asking Plaintiff about his delinquency despite him repeatedly saying he was giving the house back.

26.     The constant harassing phone calls from M&T to Plaintiff's cell phone began to take a toll on Plaintiff as his attitude and demeanor would visibly change when he would see yet another call from M&T, often becoming quiet or upset and experience shortness of breath and/or perspiration.

27.     On several occasions while in front of his children, Plaintiff would answer telephone calls from M&T and would state in exasperation: "I did what you asked! I surrendered the house! Stop calling me please!"

28.     On at least one occasion Plaintiff remarked to his children that due to the constant harassment from M&T, the house would be the death of him.

29.     In the beginning of 2015 Plaintiff was served foreclosure papers for the house.

30.     On March 3, 2015 while in the Hillsborough County Court House in Tampa, Florida for a hearing on the foreclosure, Frank Collelo suffered cardiac arrest and died.

31.     M&T has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice to individuals just as it did to Plaintiff's cellular telephone in this case.

32.     M&T has a corporate policy to use an automatic telephone dialing system or a pre-recorded or artificial voice just as it did to Plaintiff's cellular telephone in this case, with no way for the consumer, Plaintiff, or M&T, to remove the number.

33.     M&T'S corporate policy is structured so as to continue to call individuals like Plaintiff, despite these individuals explaining to M&T they are the wrong party.

34.     M&T has numerous other federal lawsuits pending against it alleging similar violations as stated in this Complaint.

35.     M&T has numerous complaints across the country against it asserting that its automatic telephone dialing system continues after being instructed to stop. Attached hereto as Exhibit "1" is a small sampling of online complaints about M&T's telephone harassment.

36.     Since December 2011, the Consumer Financial Protection Bureau (www.consumerfinance.gov) has received One Thousand Eight Hundred and Sixty Two (1,862) Complaints against M&T, including for such complaint categories as "collection practices" and "communication tactics." See Attached Exhibit "2."

37.     M&T has had numerous complaints from consumers across the country against it asking to not be called; however, Defendant continues to call the consumers.

38.     M&T'S corporate policy provided no means for Plaintiff to have his number removed from the call list.

39.     M&T has a corporate policy to harass and abuse individuals despite actual knowledge the called parties do not wish to be called.

40.     Plaintiff did not expressly consent to M&T'S placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to M&T'S placement of the calls.

41. Not a single call placed by M&T to Plaintiff were placed for "emergency purposes" as specified in 47 U.S.C. § 227(b)(1)(A).

42. M&T willfully and/or knowingly violated the TCPA with respect to Plaintiff.

**COUNT I**
**(Violation of the TCPA)**

43. Plaintiff incorporates Paragraphs one (1) through forty-two (42).

44. Defendant willfully violated the TCPA with respect to Plaintiff, especially for each of the auto-dialer calls made to Plaintiff's cellular telephone after Plaintiff notified Defendant that Defendant was calling the wrong number and to stop calling Plaintiff.

45. Defendant knowingly violated the TCPA with respect to Plaintiff, especially for each of the auto-dialer calls made to Plaintiff's cellular telephone after Plaintiff notified Defendant that Defendant was calling the wrong number and to stop calling Plaintiff.

46. M&T repeatedly placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C § 227(b)(1)(A)(iii).

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against M&T BANK for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

**COUNT II**
**(Violation of the FCCPA)**

47. Plaintiff incorporates one (1) through forty-two (42).

48. At all times relevant to this action M&T is subject to and must abide by the law of Florida, including Florida Statute § 559.72.

49.     M&T has violated Florida Statute § 559.72(7) by willfully communicating with the debtor or any member of his or her family with such frequency as can reasonably be expected to harass the debtor or his or her family.

50.     M&T has violated Florida Statute § 559.72(7) by willfully engaging in other conduct which can reasonably be expected to abuse or harass the debtor or any member of his or her family.

51.     M&T'S actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute § 559.77.

**WHEREFORE,** Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against M&T for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the court may deem just and proper.

Respectfully submitted,

William Peerce Howard, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
bhoward@forthepeople.com
Florida Bar #: 0103330
Attorney for Plaintiff

Sign In

## 800-220-6004

Did you get a call from 8002206004? Read the posts below to find out details about this number. Also report unwanted calls to help identify who is using this phone number.

800-220-6004
Toll-free

Start Application Now

Loans to Fit Your Needs. Fast, Easy and Convenient!

1 2 Next



**Flannigan**
13 Dec 2012

No message, no nothing.........idiots



**dTMG**
14 Dec 2012

Mortgage Company

*Caller: MTB*
*Call Type: Debt Collector*



**Wrencher**
1 Jan 2013 | 1 reply

This is M&T Bank Consumer Asset Management Company. They are collections for M&T Bank. They say I am in default of my mortgage, even though I am not late or behind on payments. Guess I will have to hire an attorney to sort this out. Poor record keeping

*Caller: M&T Bank Asset Management Company*



Sign In

**Marianne** replies to Wrencher
15 May 2013

Be careful with M & T. They have a late payment on my credit report and I was never late! They refuse to take it off

**From Texas**
15 Jan 2013

These idiots are so afraid they're gonna get screwed out of their mortgage money they start calling a few days ahead of time and certainly before your grace period is even close, they're wanting you to tell them to the hour when you're going to make your mortgage payment. M&T Bank........... They ought to be investigated as to why they continually sell their notes back and forth within their own institutions, gotta be a scam there somewhere.

*Caller: M&T Bank Mortgage*
*Call Type: Debt Collector*

**New Hampshire**
5 Feb 2013

M & T Bank. I agree with the person From Texas. They start calling on the 4th or 5th if your due date is the 1st and you are still in your grace period. I get called every month because I don't send out my mortgage payment two weeks in advance so it gets posted on time.

*Caller: M & T Bank*
*Call Type: Debt Collector*

**Kman**
24 Apr 2013

Worse so called bank institution I've ever had to deal with, the worse to even talk at
Anyone because we may be a debt collector. The federal government does need to investigate as they do not adhere to President Obama law helping those who are having trouble with mortgage loan.

*Caller: M&T*
*Call Type: Debt Collector*

Sign In

**Florida**
10 Oct 2013

Called me, I rejected the call (I don't answer numbers I don't recognize). To my surprise, they left me a message. I then called them back. They asked me for my loan number, which I don't have with me. They got indignant with me, asking "You should have some correspondence from us about your Mortgage". I answered, "I have that at home, but since you called me while I'm at work, I don't have it."

They gave me the excuse that the government requires them to check 4 days after the official due date.

*Caller: M&T Bank*
*Call Type: Debt Collector*

**NoBody**
10 Oct 2013

Just recieved a call from them. They stated that they are required to call even during the grace period. I advised that this has never happed with BOA and the lady "michelle" stated that each bank has their own guidelines they follow.

*Caller: M&T Bank*

**Not this time**
22 Nov 2013

Amy from M&T left me a message on my office voice mail, her message was " This is Amy with M&T please call me at 800-220-6004 regarding your mortgage loan ". I thought she has ne mistaken for someone else so I called her to let her know. I called the number to find out by listening to the on hold message that I was probably right. The person that finally answered asked me for my Mortgage Loan # to which I said I did not have that number with me, so the attendant said oh then give me your social security number I can look it up that way. I told her that was not going to happen and that my mortgage was through someone else. She quickly stated that they may have had the wrong number and she hung up. Never ever give your personal information to anyone Always be on guard against these low life scammers, you never know from what angle they will come from.

*Caller: M&T*

**greenman**

Sign In

I had literally paid my mortgage for M&T and these people called later that same day ....and I wasn't late in my payment either. It pisses me off that they have the audacity to call before your payment is late...or worse yet..after its been paid

**Stockton, CA** replies to greenman
13 Mar 2014

I made my payment today as well, and my phone was ringing as I was speaking with my boss. Luckily it was on vibrate, but I don't understand what the bank's problem is. They didn't leave a message either.

**Wendt**
9 Jan 2014

M&T is the worst bank with horrible customer service.

*Caller: MTB*

**rrivas**
9 Jan 2014

I just received a call also telling me that my mortgage payment is late, I am still within my grace period to make the payment. she wanted to know when I was making the payment also.

*Caller: MTB*
*Call Type: Debt Collector*

**DWM**
13 Jan 2014

We get calls to an office phone daily. No one that works here as given the number out.

**Manicho2**
12 Feb 2014

**Sign In**

*Caller: M&T*
*Call Type: Debt Collector*



**mlopez**
21 Feb 2014

I keep getting calls and I dont even have a mortgage payment.

*Caller: M&T Bank*
*Call Type: Debt Collector*



**Mrs.2013**
6 Mar 2014

Just started receiving calls twice a day on my work phone. I answered once and they hung up on me. I know my mortgage is one month ahead and with a completely different lender... What the heck?

*Caller: 800-220-6004*



**M**
28 Mar 2014

M&T Bank out of Buffalo, NY. Very disrespectful and harassing, to the downright intimidating. Sent them two letters to stop harassing me as I have ptsd and what they are doing is exacerbating my disabilities. They don't leave extensions or direct numbers and cannot follow simple voice mail instructions for their calls to be returned. Spent time on the phone trying to get ahold of them and when finally put through and after I said hello to them they hung up on me. They called again a week later and this time I did answer and said hello and they hung up on me. Terrible deceptive company. They have "lost or never received" my loan modification paperwork more then 3 times. Even though I have fax transmissions status pages showing they went through. Finally received my paperwork (all 30 something pages) and went to underwriting. M&T Bank then sent me a letter stating they were closing the case due to lack of information. There was NO other information I could give them!

Ended up sending them another letter stating if they wanted the same paperwork again they would need to send me a check to pay for the faxing before I sent them the same paperwork again and to stop calling and harassing and intimidating me.

**Sign In**

record) Hire an aggressive attorney asap if you are wanting to workout a loan modification and if you can't find a halfway decent attorney for low cost check with a justice project in your state that pro rates or performs actions for free.

Best advice, cover your own backside, because M&T Bank will slip up and threaten you or perform some other illegal action and you'll at least have documented proof to go on the offensive. Fear not.

*Caller: M&T Bank*
*Call Type: Debt Collector*

**Miffed!**
14 Apr 2014

Got a call from this number, who left no message. I don't have a mortgage. Why call me?

1 2 Next

Growing Data? High Costs?
Let Exablox Solve Your Biz Needs With its NAS Backup Appliance.

**Report a phone call from 800-220-6004:**

Your Name *

Your name as you would like it to appear in the title of your post.

Your Comment *

Describe your experience with calls from this number. Anything you know about the caller or the number that might help others is especially welcome.

**Sign In**

Call Type Unknown

Submit

*Thank you for your contribution! Please watch your language and post only truthful information.*

Other phone numbers in the 800 area code

Contact Us | Privacy Policy | Terms of Service | Legal Stuff

Copyright 800notes.com 2013



https://data.consumerfinance.gov/dataset/Consumer-Complain

Consumer Complaints | Co...

File Edit View Favorites Tools Help

Page Safety Tools

Help **Sign Up** Sign In

cfpb Consumer Financial Protection Bureau

Unsaved View Save As... Revert

Based on Consumer Complaints

m&t bank

Manage Export Discuss Embed About

| # | | Sub-issue | State | ZIP code | Submitted via | Date receiv | Date sent to company | Company |
|---|---|---|---|---|---|---|---|---|
| 1849 | | | NY | 10022 | Web | 12/11/2011 | 12/12/2011 | M&T Bank |
| 1850 | ıts, escrow account | | WA | 98115 | Web | 12/11/2011 | 12/13/2011 | M&T Bank |
| 1851 | ction,foreclosure | | MD | 21224 | Referral | 12/09/2011 | 12/12/2011 | M&T Bank |
| 1852 | ıts, escrow account | | NY | 14150 | Web | 12/08/2011 | 12/10/2011 | M&T Bank |
| 1853 | ıts, escrow account | | CA | 95503 | Referral | 12/08/2011 | 12/09/2011 | M&T Bank |
| 1854 | ıts, escrow account | | PA | 17876 | Referral | 12/08/2011 | 12/09/2011 | M&T Bank |
| 1855 | ction,foreclosure | | NJ | 07748 | Web | 12/08/2011 | 12/11/2011 | M&T Bank |
| 1856 | ction,foreclosure | | FL | 33173 | Referral | 12/07/2011 | 12/07/2011 | M&T Bank |
| 1857 | ıts, escrow account | | ND | 58601 | Referral | 12/07/2011 | 12/07/2011 | M&T Bank |
| 1858 | ıts, escrow account | | NY | 10989 | Referral | 12/06/2011 | 12/09/2011 | M&T Bank |
| 1859 | ıts, escrow account | | NC | 27312 | Referral | 12/06/2011 | 12/12/2011 | M&T Bank |
| 1860 | ıts, escrow account | | NJ | 08046 | Phone | 12/02/2011 | 12/02/2011 | M&T Bank |
| 1861 | ction,foreclosure | | PA | 15522 | Phone | 12/01/2011 | 12/05/2011 | M&T Bank |
| 1862 | :mbezzlement | | PA | 18602 | Referral | 12/01/2011 | 12/06/2011 | M&T Bank |

Socrata What is Socrata? Terms of Service Privacy Contact Us

100%

EXHIBIT 2