**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**KIMBERLY MARIE COLLELO, as
personal representative of the Estate
of Frank Collelo,**

     **Plaintiff,**

**v.**                                       **Case No: 8:16-cv-225-T-35TBM**

**M&T BANK CORPORATION, BANK OF
AMERICA NA, CALIBER HOME LOANS,
INC., and LAKEVIEW LOAN
SERVICING LLC,**

     **Defendants.**

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Joint Stipulations of Dismissal with Prejudice, (Dkt. 72, 73, 74) and pursuant to Fed. R. Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** as to all remaining Counts asserted against all remaining Defendants. Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 10th day of January, 2017.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party

                                                 MARY S. SCRIVEN
                                                 UNITED STATES DISTRICT JUDGE